

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nicholas James Correll | Civil Action No.  15-cv-01056-W-NLS |
| Plaintiff, | |
| V. | |
| Joe A. Lizarraga | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Judge Stormes' Report and Recommendation is adopted in its entirety; Respondent's Motion to Dismiss is granted; and the Petition is dismissed with prejudice.

Date:      1/29/16

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ N. Peltier
N. Peltier, Deputy